```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                 Case No. 20-00230-RNO
Richard Anthony Tartaglione                                            Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5           User: AutoDocke              Page 1 of 1              Date Rcvd: Feb 26, 2020
                               Form ID: ntcnfhrg            Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db             +Richard Anthony Tartaglione,    7312 Meadowlark Drive,    Tobyhanna, PA 18466-3301
5293522        +A Pocono Country Place POA,    112 Recreation Drive,    Tobyhanna, PA 18466-9599
5299993        +A Pocono Country Place Property Owners Association,    c/o Young & Haros, LLC,    802 Main Street,
                 Stroudsburg, PA 18360-1602
5293526         Continental Finance Co.,    4550 New Lindan Hill Rd,    Wilmington, DE 19808
5293528        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5293529        +KML Law Group, P.C.,    Ste 5000 - BNY Independence Center,    701 Market St,
                 Philadelphia, PA 19106-1538
5293530        +Midland Funding LLC,    320 East Big Beaver,    Troy, MI 48083-1271
5293532         NY State Dept of Taxation,    P.O. Box 61000,    Albany, NY 12261-0001
5301882         New York State Department of Taxation & Finance,    Bankruptcy Section,    P O Box 5300,
                 Albany, NY 12205-0300
5293533         PennyMac Loan Services LLC,    PO Box 66029,    Dallas, TX 75266-0929
5293534        +Pocono Medical Center,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
5293535        +Private National Mortgage,    P.O. Box 514387,    Los Angeles, CA 90051-4387
5293536        +St. Lukes University Hospital,    801 Ostrum St,,    Bethlehem, PA 18015-1065
5293537        +The Bank of Missouri - Total Visa,    PO Box 85710,    Sioux Falls, SD 57118-5710
5295974        +U.S. Department of Housing and Urban Development,    100 Penn Square East, 11th Floor,
                 Philadelphia, PA 19107-3325
5293538        +U.S. Dept of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5293525        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 26 2020 19:41:48     CB Indigo,    PO Box 4499,
                 Beaverton, OR 97076-4499
5293523        +E-mail/Text: bankruptcy@cavps.com Feb 26 2020 19:41:29     Calvary Portfolio Svcs,
                 500 Summit Lake Drive, Ste 4A,    Valhalla, NY 10595-2323
5297450         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 26 2020 19:46:17
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5293524        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 26 2020 19:46:58
                 Capital One Bank USA NA,    P.O.Box 30281,    Salt Lake City, UT 84130-0281
5294544        +E-mail/Text: bankruptcy@cavps.com Feb 26 2020 19:41:30     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5293527        +E-mail/PDF: creditonebknotifications@resurgent.com Feb 26 2020 19:45:41     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
5293531        +E-mail/Text: Bankruptcies@nragroup.com Feb 26 2020 19:41:47     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Richard Anthony Tartaglione
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Richard Anthony Tartaglione, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20–bk–00230–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: April 1, 2020 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 26, 2020 |

ntcnfhrg (03/18)