```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 20-00230-RNO
Richard Anthony Tartaglione                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke         Page 1 of 1              Date Rcvd: Mar 03, 2020
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5293523         +E-mail/Text: bankruptcy@cavps.com Mar 03 2020 19:09:18      Calvary Portfolio Svcs,
                 500 Summit Lake Drive, Ste 4A,    Valhalla, NY 10595-2323
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Richard Anthony Tartaglione
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | : |
| RICHARD ANTHONY TARTAGLIONE | : |
| | : |
| | : CHAPTER 13 |
| Debtor | : |
| | : CASE NO. 5:20-bk-00230 RNO |
| RICHARD ANTHONY TARTAGLIONE | : |
| | : |
| Objectant | : |
| Vs. | : |
| | : |
| CAVALRY SPV I, LLC AS ASSIGNEE | : |
| OF CAPITAL ONE BANK USA, N.A. | : |
| | : |
| Claimant | : |

## ORDER

AND NOW TO WIT, it is hereby ORDERED that the Debtor's Objection to Proof of Claim No. 1 of Cavalry SPV I, LLC as assignee of Capital One Bank USA, N.A., is hereby GRANTED and Claim No. 1 is disallowed in its entirety.

Dated: March 3, 2020

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Bankruptcy Judge (DG)