```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00230-RNO
Richard Anthony Tartaglione                                         Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke         Page 1 of 1            Date Rcvd: May 06, 2020
                              Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              E-mail/PDF: resurgentbknotifications@resurgent.com May 06 2020 19:21:17      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                                 TOTAL: 1

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Richard Anthony Tartaglione
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| RE: | : | |
| RICHARD ANTHONY TARTAGLIONE | : | |
| | : | |
| | : | CHAPTER 13 |
| Debtor | : | |
| | : | CASE NO. 5:20-bk-00230 RNO |
| RICHARD ANTHONY TARTAGLIONE | : | |
| | : | |
| Objectant | : | |
| Vs. | : | |
| | : | |
| LVNV FUNDING, LLC C/O | : | |
| RESURGENT CAPITAL SERVICES | : | |
| | : | |
| Claimant | : | |

## PROPOSED ORDER

AND NOW upon consideration of the Objection to Proof of Claim No. 7, it is hereby ORDERED that the Debtor's Objection to Proof of Claim No. 7 of LVNV Funding, LLC c/o Resurgent Capital Services, is hereby GRANTED and Claim No. 7 is disallowed in its entirety.

Dated: May 6, 2020

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Bankruptcy Judge  BI