# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Richard Anthony Tartaglione**  
Debtor(s)

Case No. **5:20-bk-00230**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, a copy of Order dated December 22, 2020 Granting Motion to Modify Chapter 13 Plan was served electronically or by regular United States mail to all interested parties.

All parties on attached Exhibit "A"

/s/ Timothy B. Fisher II  
Timothy B. Fisher II 85800  
Timothy B. Fisher II  
Fisher & Fisher Law Offices  
P. O. Box 396  
Gouldsboro, PA 18424  
570-842-2753 Fax:570-842-8979

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:20-bk-00230-RNO<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Thu Dec 31 09:45:18 EST 2020 | (p)A POCONO COUNTRY PLACE POA<br>ATTN A POCONO COUNTRY PLACE POA<br>112 RECREATION DRIVE<br>TOBYHANNA PA 18466-9599 | A Pocono Country Place Property Owners Assoc<br>c/o Young & Haros, LLC<br>802 Main Street<br>Stroudsburg, PA 18360-1602 |
| (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | CB Indigo<br>PO Box 4499<br>Beaverton, OR 97076-4499 | Calvary Portfolio Svcs<br>500 Summit Lake Drive, Ste 4A<br>Valhalla, NY 10595-2323 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank USA NA<br>P.O.Box 30281<br>Salt Lake City, UT 84130-0281 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Continental Finance Co.<br>4550 New Lindan Hill Rd<br>Wilmington, DE 19808 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 | KML Law Group, P.C.<br>Ste 5000 - BNY Independence Center<br>701 Market St<br>Philadelphia, PA 19106-1541 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding LLC<br>320 East Big Beaver<br>Troy, MI 48083-1238 |
| NY State Dept of Taxation<br>P.O. Box 61000<br>Albany, NY 12261-0001 | National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PennyMac Loan Services LLC<br>PO Box 66029<br>Dallas, TX 75266-0929 | PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| Pocono Medical Center<br>206 East Brown Street<br>East Stroudsburg, PA 18301-3094 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Private National Mortgage<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387 |
| Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 | St. Lukes University Hospital<br>801 Ostrum St,<br>Bethlehem, PA 18015-1065 | Richard Anthony Tartaglione<br>7312 Meadowlark Drive<br>Tobyhanna, PA 18466-3301 |

Exhibit "A"

| Tea Olive, LLC | The Bank of Missouri - Total Visa | U.S. Department of Housing and Urban Develop |
| --- | --- | --- |
| PO BOX 1931 | PO Box 85710 | 100 Penn Square East, 11th Floor |
| Burlingame, CA 94011-1931 | Sioux Falls, SD 57118-5710 | Philadelphia, PA 19107-3325 |
| (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| A Pocono Country Place POA | Atlas Acquisitions LLC | (d)Atlas Acquisitions LLC |
| --- | --- | --- |
| 112 Recreation Drive | 492C Cedar Lane, Ste 442 | 492C Cedar Lane, Ste 442 |
| Tobyhanna, PA 18466 | Teaneck, NJ 07666 | Teaneck, NJ 07666 |

U.S. Dept of HUD
451 7th Street S.W.
Washington, DC 20410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients   35
Bypassed recipients    1
Total                 36