United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Richard Anthony Tartaglione

    Debtor

Case No. 20-00230-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Anthony Tartaglione, 7312 Meadowlark Drive, Tobyhanna, PA 18466-3301 |
| 5299993 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5293526 | | Continental Finance Co., 4550 New Lindan Hill Rd, Wilmington, DE 19808 |
| 5293529 | + | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1541 |
| 5293532 | | NY State Dept of Taxation, P.O. Box 61000, Albany, NY 12261-0001 |
| 5301882 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 5293533 | | PennyMac Loan Services LLC, PO Box 66029, Dallas, TX 75266-0929 |
| 5293534 | + | Pocono Medical Center, 206 East Brown Street, East Stroudsburg, PA 18301-3094 |
| 5293535 | + | Private National Mortgage, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5293536 | + | St. Lukes University Hospital, 801 Ostrum St,, Bethlehem, PA 18015-1065 |
| 5293537 | + | The Bank of Missouri - Total Visa, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 5295974 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5293522 | | Email/Text: COLLECTIONCLERK1@APCPPOA.COM | Mar 16 2022 18:43:00 | A Pocono Country Place POA, 112 Recreation Drive, Tobyhanna, PA 18466 |
| 5316722 | | Email/Text: bnc@atlasacq.com | Mar 16 2022 18:43:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5293525 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 16 2022 18:43:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 5293523 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2022 18:43:00 | Calvary Portfolio Svcs, 500 Summit Lake Drive, Ste 4A, Valhalla, NY 10595-2323 |
| 5297450 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2022 18:48:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5293524 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2022 18:48:15 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 5294544 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2022 18:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5293527 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 16 2022 18:48:06 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5293528 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 16 2022 18:48:06 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5305670 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2022 18:48:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5307803 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2022 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| | | | | |
|---|---|---|---|---|
| 5293530 | + Email/Text: bankruptcydpt@mcmcg.com | | Mar 16 2022 18:43:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5293531 | + Email/Text: Bankruptcies@nragroup.com | | Mar 16 2022 18:43:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5318051 | + Email/PDF: ebnotices@pnmac.com | | Mar 16 2022 18:48:15 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5313788 | + Email/Text: JCAP_BNC_Notices@jcap.com | | Mar 16 2022 18:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5307177 | + Email/Text: documentfiling@lciinc.com | | Mar 16 2022 18:43:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5293538 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | Mar 16 2022 18:48:11 | U.S. Dept of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Richard Anthony Tartaglione donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :          CHAPTER 13
RICHARD ANTHONY TARTAGLIONE :
                         **Debtors**          :          **CASE NO. 5:20-bk-00230 MJC**
                                        :
RICHARD ANTHONY TARTAGLIONE :
                         **Movant**          :
Vs.                                              :
JACK N. ZAHAROPOULOS,               :
Standing Chapter 13 Trustee              :
              **Respondent**   :

### ORDER GRANTING VOLUNTARY DISMISSAL

Upon consideration of the motion of Debtor, Richard Anthony Tartaglione, for an Order

granting his request to voluntarily dismiss the pending Chapter 13 bankruptcy case; it is

ORDERED that the Chapter 13 case is hereby dismissed.


By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 15, 2022